## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | ) |
| | ) |
|       Plaintiff, | )   Civil Case No. 2:19-cv-03434-GAM |
| | ) |
| v. | )   Judge Gerald A. McHugh |
| | ) |
| JOHN DOE subscriber assigned IP address | ) |
| 71.175.53.109, | ) |
| | ) |
|       Defendant. | ) |
| | ) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
## <u>WITHOUT PREJUDICE OF JOHN DOE</u>

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe subscriber assigned IP address 71.175.53.109 are voluntarily dismissed without prejudice.

Dated:  October 17, 2019           Respectfully submitted,

                                          By: */s/ John C. Atkin*
                                          John C. Atkin, Esq.
                                          The Atkin Firm, LLC
      55 Madison Avenue, Suite 400
      Morristown, NJ 07960
      Tel: (973) 285-3239
      Fax: (833) 693-1201
      JAtkin@AtkinFirm.com
      *Attorneys for Plaintiff*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on October 17, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: */s/ John C. Atkin*
John C. Atkin, Esq.